Charles PRATER, Appellant,

v.

CABINET FOR HUMAN RESOURCES, COMMONWEALTH of Kentucky; D.P.J.; C.C.P.; B.L.P.; and C.L.P., Appellees.

No. 95–SC–413–DG.

Supreme Court of Kentucky.

Feb. 3, 1997.

On Review from Court of Appeals, No. 93–CA–2116; Stephen Frazier, Judge.

### *ORDER GRANTING PETITION FOR REHEARING AND WITHDRAWING OPINION*

Appellant's Petition for Rehearing in the above-styled action is **GRANTED.**

The original opinion of this Court rendered on July 25, 1996, is withdrawn.

ENTERED: February 3, 1997.

COOPER, GRAVES, JOHNSTONE, and WINTERSHEIMER, JJ., concur. STEPHENS, C.J., and LAMBERT, J., dissent. STUMBO, J., not sitting.

/s/ Robert F. Stephens
Chief Justice